IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KIEYONA JONES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO: 3:21-cv-0691-G |
| | § | |
| **DFW SECURE LLC, d/b/a SIGNAL 88 SECURITY** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW,** Plaintiff Kieyona Jones ("Plaintiff"), and Defendant DFW SECURE LLC, d/b/a SIGNAL 88 SECURITY ("Defendant) and file this agreed stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Plaintiff and Defendant have resolved Plaintiff's claims against Defendant in this matter. Plaintiff and Defendant stipulate to the dismissal of all claims in this lawsuit against Defendant DFW SECURE LLC, d/b/a SIGNAL 88 SECURITY with prejudice. This stipulation of dismissal with prejudice is binding, non-revocable and is intended by Plaintiff and Defendant to be effective upon filing.

Respectfully submitted,

**SPIELBERGER LAW GROUP**

By: ___/s/ Gabrielle E. Klepper___
Gabrielle E. Klepper
State Bar No. 24090213
gabrielle.klepper@spielbergerlawgroup.com
4890 W. Kennedy Blvd., Suite 950
Tampa, FL 33609

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**     **PAGE 1**

(800) 965-1570 – Telephone
(866) 580-7499 – Facsimile

**ATTORNEY FOR PLAINTIFF
KIEYONA JONES**


**BROWN FOX PLLC**

By: */s/ Stephen C. Key*
STEPHEN C. KEY
State Bar No. 00791022
JOHN L. FREEMAN
State Bar No. 07425500

8111 Preston Road, Suite 300
Dallas, Texas 75225
214/396-9278 (Key)
214/396-9280 (Freeman)
214/337-5001 (Facsimile)
stephen@brownfoxlaw.com
john@brownfoxlaw.com

**ATTORNEYS FOR DEFENDANT
DFW SECURE LLC, d/b/a SIGNAL 88 SECURITY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all parties in this case have been served via the Court's electronic case filing system on April 12, 2022.

*/s/ Gabrielle E. Klepper*
Gabrielle E. Klepper

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**                                                   **PAGE 2**